```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------- X
                                               :
MITSUKO K LIN,                                 :
                                               :  CASE NO.: 1:19-cv-09059-DLC
               Plaintiff,                      :
                                               :
       v.                                      :
                                               :
PRESIDIO, INC., BOB CAGNAZZI,                  :
HEATHER BERGER, CHRISTOPHER L.                 :
EDSON, SALIM HIRJI, STEVEN LERNER,             :
MATTHEW H. NORD, PANKAJ PATEL,                 :
MICHAEL REISS, and TODD H. SIEGEL,             :
                                               :
               Defendants.                     :
---------------------------------------------- X
```

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 22, 2019                    Respectfully Submitted,

                                            **MONTEVERDE & ASSOCIATES PC**

                                            */s/ Juan E. Monteverde*
                                            Juan E. Monteverde (JM-8169)
                                            The Empire State Building
                                            350 Fifth Avenue, Suite 4405
                                            New York, New York 10118
                                            Tel: 212-971-1341
                                            Fax: 212-202-7880

                                            *Attorney for Plaintiff*